*Mr. C. M. Parr,* for Appellant.

*Mr. M. J. Cavanaugh,* for Respondent.

———

No. 2,100.—THOMAS C. RICHARDS, RESPONDENT, *v.* GEORGE JONES, APPELLANT.

*Appeal from District Court, Choteau County; John W. Tattan, Judge.*

On motion to dismiss appeal.

Decided December 6, 1904.

PER CURIAM.—Upon motion of the appellant herein this appeal is dismissed.

*Messrs. Walsh & Newman,* for Appellant.